# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MEGAN HEWITT

VERSUS

JAMESON FARRAR

NO.  2023 CW 0442

**JULY 18, 2023**

---

In Re:   Jameson Farrar, applying for supervisory writs, Family
         Court in and for the Parish of East Baton Rouge, No.
         164979.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT